"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON L. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. EDCV 07-458 AN<br><br>ORDER AFFIRMING DECISION OF COMMISSIONER |

The Court finds Plaintiff's contentions relating to the three disputed issues in the Joint Stipulation ("JS")[1] lack merit for the well-stated reasons set forth in the Commissioner's opposing contention, which are not refuted by Plaintiff's reply contentions, and that the Commissioner's final decision is free of legal error and supported by substantial evidence in the record. IT IS THEREFORE ORDERED that judgment be entered affirming the Commissioner's final decision, and dismissing this action with prejudice.

DATED: June 3, 2008　　　　　/s/　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to proceed before the undersigned Magistrate Judge. In accordance with the Court's Case Management Order, the parties have filed the JS and seek a dispositive order regarding the disputed issues set forth in the JS. The Court's decision is based upon the pleadings, the Administrative Record ("AR"), and the JS.